UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

DEBORAH TROYER,

                Petitioner,                Case No. 1:12cv759

v.                                                Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

                Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on February 13, 2014. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 13, 2014, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorneys Fees Pursuant to the Equal Access to Justice Act, (docket #22) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is awarded one-thousand, nine-hundred, thirty-seven dollars and fifty cents ($1,937.50) in fees and that such shall be paid directly to Plaintiff.

Dated:    March 4, 2014               /s/ Robert J. Jonker
                                           ROBERT J. JONKER
                                           UNITED STATES DISTRICT JUDGE

.